IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Eggers, Michael A | Case Number: 05 B 59696 |
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 5, 2008
Confirmed: December 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,440.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 4,705.15 |
| Priority: | | 0.00 |
| Administrative: | | 2,094.00 |
| Trustee Fee: | | 400.85 |
| Other Funds: | | 240.00 |
| Totals: | 7,440.00 | 7,440.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,094.00 | 2,094.00 |
| 2. | Jefferson Capital | Unsecured | 59.43 | 118.44 |
| 3. | Navy Exchange Service Command | Unsecured | 37.64 | 74.97 |
| 4. | Jefferson Capital | Unsecured | 73.90 | 147.23 |
| 5. | ECast Settlement Corp | Unsecured | 170.60 | 339.98 |
| 6. | Asset Acceptance | Unsecured | 266.71 | 531.52 |
| 7. | Asset Acceptance | Unsecured | 1,068.52 | 2,129.37 |
| 8. | DFAS-DE | Unsecured | 478.14 | 952.86 |
| 9. | Portfolio Recovery Associates | Unsecured | 206.12 | 410.78 |
| 10. | Military Star | Unsecured | | No Claim Filed |
| 11. | Bookspank | Unsecured | | No Claim Filed |
| 12. | Ford Motor Company | Unsecured | | No Claim Filed |
| 13. | Chase | Unsecured | | No Claim Filed |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | H & F Law | Unsecured | | No Claim Filed |
| 16. | Credit First | Unsecured | | No Claim Filed |
| 17. | EMCC X Com II 1ST West Bank | Unsecured | | No Claim Filed |
| 18. | Discover Financial Services | Unsecured | | No Claim Filed |
| 19. | Nextcard Payment Services | Unsecured | | No Claim Filed |
| 20. | HRS Inc | Unsecured | | No Claim Filed |
| 21. | US Bank | Unsecured | | No Claim Filed |
| 22. | Monogram Bank | Unsecured | | No Claim Filed |
| 23. | Mary Genzalez | Unsecured | | No Claim Filed |
| 24. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 25. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 26. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Eggers, Michael A | Case Number: 05 B 59696 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 10/16/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Nextcard Payment Services | Unsecured | | No Claim Filed |
| 28. | BP Oil Co | Unsecured | | No Claim Filed |
| 29. | Navy Federal Credit Union | Unsecured | | No Claim Filed |
| 30. | Union 76 | Unsecured | | No Claim Filed |
| 31. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | $ 4,455.06 | $ 6,799.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 51.16 |
| 5% | 15.79 |
| 4.8% | 30.25 |
| 5.4% | 208.82 |
| 6.5% | 78.59 |
| 6.6% | 16.24 |
| | $ 400.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

